# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TORI HUGHES, et al,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01980-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed December 3, 2013, Plaintiff Eugene E. Forte seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

Dated: **December 11, 2013**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1