# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE, | Case No. 1:13-cv-01980-LJO-SMS |
| Plaintiff, | **ORDER ADMONISHING PLAINTIFF TO CEASE EX PARTE COMMUNICATION ATTEMPTS** |
| v. | |
| PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100, | |
| Defendants. | |

The Court has been notified that Plaintiff Eugene Forte has been attempting to contact various employees of the Court by email and other means.  Such *ex parte* communication is forbidden.  Plaintiff is hereby ORDERED to cease and desist any and all contact with the Court except by means of a written motion, filed pursuant to law and procedure, and served on all parties in the case.  **Failure to comply with this Order will result in sanctions, including the possibility of dismissal of the above-captioned case.**

IT IS SO ORDERED.

Dated:   __July 17, 2014__                         _____ **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28