# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 1:13-cv-01980-LJO-SMS<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETITION AND RETURN WITHIN THIRTY DAYS<br><br><br><br><br><br>Doc. 13 |

Plaintiff Eugene E. Forte proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 and California state law.  Plaintiff filed the first amended complaint on February 11, 2014.  After screening the amended complaint in compliance with 28 U.S.C. § 1915(e)(2), the Magistrate Judge issued findings and recommendations on June 27, 2014.  On July 16, 2014, the District Judge issued an order adopting the findings and recommendations.

1

The Court found that the first amended complaint stated cognizable claims for relief against Defendant Stanislaus County Deputy Chris Schwartz (counts 1, 2, 7, 8, 9, 10, 13, 14, 15, 18, and 19) and Defendants City of Patterson, Patterson Police Services, and Stanislaus County Sheriff's Department (counts 11, 12, 16, and 17).[1]  F.R.Civ.P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007); *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506 (2002).

Accordingly, it is hereby ORDERED that:

1. Service is appropriate as to the following Defendants:

    Stanislaus County Deputy Chris Schwartz

    City of Patterson

    Patterson Police Services

    Stanislaus County Sheriff's Department

2. The Clerk of Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of Plaintiff's first Amended Complaint filed February 11, 2014.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court along with the following documents:

    a. A completed summons for each of the four Defendants listed above;

    b. One completed USM-285 for each of the four listed Defendants; and

    c. Five copies of the endorsed first amended complaint filed February 11, 2014.

4. Plaintiff should not attempt service on any Defendant nor request waiver of service from any Defendant.  Upon receipt of the above-described documents, the Court will direct the

///

---

[1] The findings and recommendations (Doc. 15) discuss in detail which claims were cognizable as to which defendants.

2

United States Marshal to serve the four listed Defendants pursuant to F.R.Civ.P. 4 without prepayment of costs.

5. **Failure to comply with this order will result in a recommendation that the action be dismissed.**

IT IS SO ORDERED.

Dated: __**July 17, 2014**__                    _____**/s/ Sandra M. Snyder**_
                                             UNITED STATES MAGISTRATE JUDGE

3