# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE, | Case No. 1:13-cv-01980-LJO-SMS |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S THIRD MOTION FOR PERMISSION TO FILE ELECTRONICALLY |
| v. | |
| PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100, | Doc. 23 |
| Defendants. | |

On December 6, 2013, Plaintiff Eugene Forte moved for authorization to file documents electronically in this case.  Because the motion omitted technical information regarding Plaintiff's computer capabilities and did not disclose that Plaintiff had been granted electronic filing privileges in other cases, the Magistrate Judge denied Plaintiff's motion to participate in electronic court filing on December 18, 2013.  On January 17, 2014, Plaintiff again moved for electronic filing privileges in a motion and supporting memorandum replete with inappropriate and contemptuous attacks on

1

the Court in general and the Magistrate Judge personally.  On January 22, 2014, the District Judge denied Plaintiff's motion, finding that the magistrate judges have broad discretion in case management issues and that, in denying Plaintiff's motion in this case, the Magistrate Judge acted within her discretion.

Plaintiff now moves yet again for authorization to file electronically in this case.  The motion is filled with offensive commentary, indicating Plaintiff's contempt of this Court and plainly displaying his contempt for federal and local rules of procedure.  Accordingly, the Court now STRIKES Document 23 pursuant to F.R.Civ.P. 11(b) and 12(f).

Federal Rule of Civil Procedure 11(b) forbids a party from submitting a pleading, motion, or other document "for any improper purpose, such as to harass."  Similarly, F.R.Civ.P. 12(f) permits the Court, on its own motion, to strike from a pleading any redundant, immaterial, impertinent, or scandalous matter.  In the course of his litigation before this Court as a whole, Plaintiff's preparation of documentation has devolved from a skillful and respectful style setting forth relevant legal and factual arguments, to one that rarely considers the merits of the issue at hand, personally attacks judges and Court staff, and uses every opportunity to demonstrate insulting and intimidating behavior.  Plaintiff has previously been admonished that behavior of this sort is inappropriate and will not be tolerated.  *See Forte v. County of Merced*, 1:11-cv-00318-AWI-BAM, Doc. 224 (E.D. Cal. April 30, 2014).

Plaintiff is HEREBY ADMONISHED that any future use of vulgar, abusive language, behavior or language intended to intimidate court staff to accede to his demands, or any personal attacks on any judge or other employee of this Court, will result in sanctions up to and including dismissal of this case with prejudice.  *See Adams v. Nankervis*, 902 F.2d 1578, 1990 WL 61990 at *2 (9th Cir. May 10, 1990) (No. 89-35511) ("Although dismissal was a drastic sanction, it was clearly appropriate . . . . [N]o court need tolerate the use of obscene, indecent, and scandalous

pleadings"); *Sokolosky v. Rostron*, 2009 WL 2705881 at *6 (E.D. Cal. August 25, 2009) (No. 2:07-cv-01002-GEB-KJM PC) ("[P]laintiff engages in name-calling and hyperbole, which the court does not tolerate."); *Alvarado Morales v. Digital Equipment Corp.*, 669 F. Supp. 1173, 1187 (D. Puerto Rico 1987) ("The federal courts do not provide a forum for mudslinging, name calling and 'privileged' defamation."); *Talbot v. Robert Matthews Dist. Co.*, 961 F.2d 654, 665 (7th Cir. 1992) ("The decision whether to strike material as scandalous in within the discretion of the district court.").

Document 23 is HEREBY STRICKEN.

**SO ORDERED**
**Dated: July 30, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**