# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>        Plaintiff,<br><br>    v.<br><br>PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100,<br><br>        Defendants. | Case No. 1:13-cv-01980-LJO-SMS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL FOR FAILURE TO PROSECUTE |

Plaintiff Eugene E. Forte proceeds *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983 and California state law.  On July 18, 2014, the Court found service of the complaint on Defendants Stanislaus County Deputy Chris Schwartz, City of Patterson, Patterson Police Services, and Stanislaus County Sheriff's Department to be appropriate and ordered the Clerk of Court to forward necessary service documents to Plaintiff.  The order provided specific instructions for Plaintiff's completion of the various service documents and directed Plaintiff to return the

1

completed documents to the Court within thirty (30) days.  The order specified that Plaintiff's failure to comply with the order would result in a recommendation that the action be dismissed.

Although more than thirty days have now passed since the Clerk of Court mailed the July 18, 2014 service order to Plaintiff, he has not returned the completed service documents to the Court as required by the order.  Accordingly, the undersigned RECOMMENDS that this case be DISMISSED without prejudice for failure to prosecute.

These findings and recommendations are submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within fourteen (14) days after being served with a copy, Plaintiff may file written objections with the court, serving a copy on all parties.  Loc. R. 304(d).  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 20, 2014**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE

2