# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01980-LJO-SMS<br><br>ORDER STRIKING FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE<br><br><br><br><br><br><br><br>Doc. 33 |

Service documents in the above-entitled matter having been docketed by the Court (Doc. 34), the undersigned hereby STRIKES the findings and recommendations recommending that this case be dismissed for failure to prosecute (Doc. 33).

IT IS SO ORDERED.

　　Dated:　**August 20, 2014**　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1