# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>  Plaintiff,<br><br>  v.<br><br>PATTERSON POLICE SERVICES/ STANISLAUS COUNTY DEPUTY CHIEF TORI HUGHES, STANISLAUS COUNTY DEPUTY CHRIS SCHWARTZ, and STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, in their public and individual capacity; PATTERSON POLICE SERVICES; PATTERSON COUNTY SHERIFF'S DEPARTMENT; CITY OF PATTERSON;  PATTERSON POLICE SERVICES, et al., and DOES 1-100,<br><br>  Defendants. | Case No. 1:13-cv-01980-LJO-SMS<br><br>ORDER DISMISSING STATE TORT CLAIMS (Counts 11, 12, 15, 16, and 17) AGAINST DEFENDANT CITY OF PATTERSON<br><br><br><br><br><br><br><br>Doc. 43 |

On November 3, 2014, the Court dismissed all state tort claims (counts 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18) against Defendants Stanislaus County, Patterson Police Services, and the Stanislaus County Sheriff's Department since these claims were barred by the applicable statute of limitations set forth in the California Government Claims Act ("CGCA").  As a result, Defendants Stanislaus County, Patterson Police Services, and the Stanislaus County Sheriff's Department were

1

dismissed from this action.  Because Defendant City of Patterson had not yet waived service, the Court did not dismiss the time-barred claims against it.

On November 5, 2014, contending that it could not have *respondeat superior* liability for nonexistent claims, the City of Patterson moved to dismiss all time-barred state tort claims against it (counts 11, 12, 15, 16, and 17).  Plaintiff Eugene E. Forte did not oppose the motion.

Accordingly, for the reasons set forth in this Court's November 3, 2014 order (Doc. 42) dismissing the state tort claims as untimely, the Court hereby dismisses counts 11, 12, 15, 16, and 17 against Defendant City of Patterson.  As a result of dismissing these counts, no claims remain against Defendant City of Patterson, which is hereby dismissed from this action.

**SO ORDERED**
**Dated: December 2, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**