# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>                Plaintiff,<br><br>   v.<br><br>HUGHES, et al.,<br><br>                Defendants. | Case No. 1:13-cv-01980-LJO-SMS<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Defendant Timothy Schwartz has advised the Court that the caption in this matter incorrectly names him as "Chris Schwartz." Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to correct the name of Defendant Schwartz to "Timothy Schwartz."

IT IS SO ORDERED.

Dated: **March 2, 2015**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

1