UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE FORTE,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**TIMOTHY SCHWARTZ,**<br><br>   **Defendant.** | 1:13-cv-1980-LJO-SMS<br><br>**MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTIONS TO PARTICIPATE IN ELECTRONIC COURT FILING (Docs. 67, 71)** |

   Plaintiff Eugene Forte ("Plaintiff"), appearing *pro se*, requests permission from the Court to file all further documents in this case electronically. Doc. 67; *see* Local Rule 133(b)(2) ("Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge."). Counsel for Defendant does not oppose the request. Doc. 68. In fact, counsel for Defendant "prefer[s] that [Plaintiff] be allowed to file electronically." Doc. 69 at 5. Given this, the Court GRANTS Plaintiff's request to participate in electronic court filing (Doc. 67). Plaintiff's ex parte application requesting that the Court rule on his request to participate in electronic court filing (Doc. 71) is DENIED AS MOOT.

   The Clerk of Court is direct to mail Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form until such time as Plaintiff signs and returns to the Clerk the above petition. Once the petitioner is returned, Plaintiff is instructed to use the same login and password for PACER that he was issued in his prior cases in this Court, *Forte v. Cnty. of Merced*, No. 1:11-cv-318-AWI-SKO; *Forte v.*

*Jones*, No 1:11-cv-718-AWI-BAM. Plaintiff must provide to the Clerk, and must maintain, a working email address.

**IT IS SO ORDERED**
**Dated: December 14, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**