UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY SCHWARTZ,<br><br>　　　　　Defendant. | 1:13-cv-1980-LJO-SMS<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION (Doc. 85)** |

　　　Plaintiff Eugene E. Forte has filed an ex parte application in which he requests that the Court order Magistrate Judge Barbara A. McAuliffe to be removed from the case *Forte v. Merced County*, 1:15-cv-147-DAD-BAM. Doc. 85. The undersigned lacks the authority to do so because the case is assigned to another District Judge. Plaintiff's request is therefore DENIED.

IT IS SO ORDERED.

　　Dated: __July 25, 2016__　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE