UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE FORTE,** | **1:13-cv-1980-LJO-SMS** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S MOTION TO CORRECT PRIOR ORDER (Doc. 87)** |
| **v.** | |
| **TIMOTHY SCHWARTZ,** | |
| **Defendant.** | |

Plaintiff Eugene Forte moves to correct or strike the Court's July 25, 2016 Order. Doc. 87. The Court issued that Order in response to Plaintiff's "Courtesy Notification" of a motion he filed in another case pending in this Court before a different District Judge. It was not necessary for Plaintiff to file the Courtesy Notice; however, the Clerk of Court docketed it as a motion, so the Court ruled on it as such. Plaintiff's motion to correct or strike the July 25, 2016 Order is therefore unnecessary as it has no bearing on this or any of Plaintiff's cases. Accordingly, the Court DENIES the motion (Doc. 87).

IT IS SO ORDERED.

Dated:   **August 26, 2016**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE

1