# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE FORTE,** | 1:13-cv-1980-LJO-MJS |
| **Plaintiff,** | **ORDER GRANTING PLAINTIFF's MOTION REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS** |
| v. | |
| **TIMOTHY SCHWARTZ,** | |
| **Defendant.** | |

The Court held a pre-trial conference in this case on December 15, 2016. During the conference, Plaintiff Eugene Forte, who is proceeding pro se and in forma pauperis ("IFP"), requested that his IFP status be revoked.

Plaintiff's request is GRANTED. The Court REVOKES Plaintiff's IFP status. Within 30 days, Plaintiff shall either pay the $400.00 filing fee or dismiss this case. If Plaintiff does not comply with this order, the Court will dismiss Plaintiff's case.

IT IS SO ORDERED.

    Dated: __December 16, 2016__      __/s/ Lawrence J. O'Neill__
                                                   UNITED STATES CHIEF DISTRICT JUDGE